BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LODHI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00309-LHK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER CONTINUING HEARING DATE |
| vs. | ) | AND EXCLUDING TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| FAUZIA LODHI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Defendant Fauzia Lodhi, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorneys Matthew A. Parella and Daniel Kaleba, hereby stipulate that, with the Court's approval, the status hearing currently set for Wednesday, November 16, 2011, at 10:00 a.m., shall be continued to Wednesday, January 18, 2012, at 10:00 a.m.

The reason for the requested continuance is defense counsel requires additional time to review and organize the 8,918 pages of printed discovery received to date.  The discovery provided to date includes, but is not limited to, hours of video depositions of Ms. Lodhi, voluminous financial and State Farm Insurance claim records, numerous witness interviews, and

Stipulation and [~~Proposed~~] Order Continuing
Hearing                                            1

1  forensic arson investigation reports that pertain to counts thirteen and fourteen of the indictment.
2  Based on the volume of discovery provided, defense counsel's on-going review of those
3  materials, the complexity of the issues with respect to the charged offenses, and defense
4  counsel's on-going investigation, the defense request additional time to effectively prepare.  The
5  defense therefore respectfully requests a continuance of the status hearing date set in this matter
6  to January 18, 2012.

7     The parties agree that the time between November 16, 2011, and January 18, 2012, may
8  be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective
9  preparation by both counsel.

10

11 Dated:  November 9, 2011

                                    _____/s/_____
12                                  VARELL L. FULLER
                                    Assistant Federal Public Defender
13

14 Dated:   November 9, 2011         _____/s/_____
                                    MATTHEW A. PARELLA
15                                  Assistant United States Attorney

16
                                    _____/s/_____
17                                  DANIEL KALEBA
                                    Assistant United States Attorney
18

19

20                         **[~~PROPOSED~~] ORDER**

21    GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
22 ORDERED that the hearing currently set for Wednesday, November 16, 2011, shall be
23 continued to Wednesday, January 18, 2012, at 10:00 a.m.

24    THE COURT FINDS that failing to exclude the time between November 16, 2011, and
25 January 18, 2012, would unreasonably deny counsel for the defendant reasonable time necessary
26 for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§

Stipulation and [~~Proposed~~] Order Continuing
Hearing                                     2

1  3161(h)(7)(B)(iv).

2  THE COURT FINDS that the ends of justice served by excluding the time between

3  November 16, 2011, and January 18, 2012, from computation under the Speedy Trial Act

4  outweigh the interests of the public and the defendant in a speedy trial.

5  THEREFORE, IT IS HEREBY ORDERED that the time between November 16, 2011,

6  and January 18, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C.

7  § 3161(h)(7)(A) and (B)(iv).

8  IT IS SO ORDERED.

9  Dated:    11/9/11                              _____
                                                  THE HONORABLE LUCY H. KOH
10                                                 United States District Judge

Stipulation and [Proposed] Order Continuing
Hearing                                    3