1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LODHI

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION
10

11  UNITED STATES OF AMERICA,          )      No. CR 11-00309-LHK
                                       )
12                Plaintiff,           )      STIPULATION AND [PROPOSED]
                                       )      ORDER CONTINUING HEARING DATE
13  vs.                                )      TO MAY 30, 2012, AND EXCLUDING
                                       )      TIME UNDER THE SPEEDY TRIAL ACT
14  FAUZIA LODHI,                      )
                                       )
15                Defendant.           )
    _____)
16

17                            **STIPULATION**

18        Defendant Fauzia Lodhi, by and through Assistant Federal Public Defender Varell L.

19  Fuller, and the United States, by and through Assistant United States Attorneys Matthew A.

20  Parella and Daniel Kaleba, hereby stipulate that, with the Court's approval, the status hearing

21  currently set for Wednesday, April 11, 2012, at 9:00 a.m., may be continued to Wednesday, May

22  30, 2012, at 9:00 a.m.

23        The  reason for the requested continuance is the parties anticipate this matter will proceed

24  to trial, and have discussed possible trial dates based on each counsels respective availability.

25  However, counsel for Ms. Lodhi requires additional time in order to effectively prepare Ms.

26  Lodhi's defense, and conduct further investigation, before the setting of any meaningful trial

1  dates.  Specifically, defense counsel's review, organization, and analysis of the voluminous

2  discovery provided, attempts to contact and interview some of the approximately 56 witnesses

3  identified in the discovery, legal research with respect to the appropriateness of filing pretrial

4  motions, and consultation with an Arson Expert, all remain on-going.  Accordingly, based on the

5  foregoing, the defense respectfully requests a continuance of the April 11, 2011, status hearing

6  date set in this matter to May 30, 2012.

7        The parties agree that the time between April 11, 2012, and May 30, 2012, may be

8  excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective

9  preparation.

10

11  Dated:  April 9, 2012

                                      _____/s/_____
12                                    VARELL L. FULLER
                                      Assistant Federal Public Defender
13

14  Dated:  April 9, 2012            _____/s/_____
                                      MATTHEW A. PARELLA
15                                    Assistant United States Attorney

16
                                      _____/s/_____
17                                    DANIEL KALEBA
                                      Assistant United States Attorney
18

19

20                        **[PROPOSED] ORDER**

21        GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

22  ORDERED that the hearing currently set for Wednesday, April 11, 2012, shall be continued to

23  Wednesday, May 30, 2012, at 9:00 a.m.

24        THE COURT FINDS that failing to exclude the time between April 11, 2012, and May

25  30, 2012, would unreasonably deny counsel for the defendant reasonable time necessary for

26  effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§

Stipulation and [Proposed] Order Continuing
Hearing                                    2

1    3161(h)(7)(B)(iv).

2         THE COURT FINDS that the ends of justice served by excluding the time between April

3    11, 2012, and May 30, 2012, from computation under the Speedy Trial Act outweigh the

4    interests of the public and the defendant in a speedy trial.

5         THEREFORE, IT IS HEREBY ORDERED that the time between April 11, 2012, and

6    May 30, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

7    3161(h)(7)(A) and (B)(iv).

8         IT IS SO ORDERED.

9    Dated:    4/9/12

     THE HONORABLE LUCY H. KOH
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing                                    3