GEOFFREY A. HANSEN
Acting Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street
Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant LODHI

**Filed**

JUN 19 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-11-00309 LHK |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE |
| vs. | ) |
| FAUZIA LODHI, | ) **AS MODIFIED** |
| Defendant. | ) |

## STIPULATION

The United States, by and through Assistant United States Attorney Matthew A. Parrella, and defendant Fauzia Lodhi, by and through Assistant Federal Public Defender Varell L. Fuller, hereby stipulate that, with the Court's approval, the briefing schedule for the motions hearing set for August 1, 2012 at 9:00 a.m., be modified as follows:

Defendant's motions, currently due June 20, 2012, would be due June 29, 2012.

Government's reply, currently due July 11, 2012, would be due July 20, 2012.

Defendant's response, if any, currently due July 18, 2012, would be due July 27, 2012.

The hearing date would remain the same.

Stipulation and [Proposed] Order
No. CR 11-00309 LHK

1

1  The reason for the requested modification of the briefing schedule is to accommodate
2  defense counsel's travel plans.
3  IT IS SO STIPULATED.

5  Dated: June 19, 2012

6  _____/s/_____
   VARELL L. FULLER
7  Assistant Federal Public Defender

9  Dated: June 19, 2012

10 _____/s/_____
   MATTHEW A. PARRELLA
11 Assistant United States Attorney

14 [PROPOSED] **ORDER**

15 GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
16 ORDERED that the briefing schedule for the August 1, 2012, hearing date be modified as
17 follows:
18 Defendant shall file motions by June 29, 2012.
19 Government shall file its reply by July 20, 2012.
20 Defendant shall file its reponse, if any, by July 27, 2012.
21 The date and time of the hearing shall remain the samae.
22 IT IS SO ORDERED.
23 Dated: _____
   The Honorable Lucy H. Koh
25 United States District Judge

Stipulation and [Proposed] Order
No. CR 11-00309 LHK

2

*Handwritten annotation:* DENIED. If the parties wish to continue the briefing schedule to July 27, 2012, then the hearing will be continued to August 8, 2012, and the parties must prepare a new stipulation.

Date: June 19, 2012

Lucy H Koh
U.S. District Judge