1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant LODHI
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,           )   No. CR-11-00309 LHK
                                       )
13         Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                       )   ORDER MODIFYING BRIEFING
14 vs.                                 )   SCHEDULE, CONTINUING HEARING
                                       )   DATE, AND EXCLUDING TIME UNDER
15 FAUZIA LODHI,                       )   THE SPEEDY TRIAL ACT
                                       )
16         Defendant.                  )
   _____)
17

18                              **STIPULATION**

19     The United States, by and through Assistant United States Attorney Matthew A. Parrella,

20 and defendant Fauzia Lodhi, by and through Assistant Federal Public Defender Varell L. Fuller,

21 hereby stipulate that, with the Court's approval, the briefing schedule hearing date for the

22 motions hearing currently set for August 1, 2012 at 9:00 a.m., be modified as follows:

23     Defendant's motions, currently due June 20, 2012, would be due June 29, 2012.

24     Government's reply, currently due July 11, 2012, would be due July 20, 2012.

25     Defendant's response, if any, currently due July 18, 2012, would be due July 27, 2012.

26     The hearing date would be moved to August 8, 2012.

Stipulation and [Proposed] Order
No. CR 11-00309 LHK                        1

The reason for the requested modification of the briefing schedule is to accommodate defense counsel's travel plans.

The parties agree that the time between August 1, 2012, and August 8, 2012, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: June 21, 2012

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: June 21, 2012

_____/s/_____
MATTHEW A. PARRELLA
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule and hearing date for the motions hearing currently set for August 1, 2012, shall be modified as follows:

Defendant shall file motions by June 29, 2012.

Government shall file its reply by July 20, 2012.

Defendant shall file its reponse, if any, by July 27, 2012.

The hearing shall be continued to August 8, 2012, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between August 1, 2012, and August 8, 2012, would unreasonably deny the defendant's continuity of counsel, and would

1  unreasonably deny counsel the reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).
3      THE COURT FURTHER FINDS that the ends of justice served by excluding the time
4  between August 1, 2012, and January 20, 2012, from computation under the Speedy Trial Act
5  outweigh the interests of the public and the defendant in a speedy trial.
6      THEREFORE, IT IS HEREBY ORDERED that the time between August 1, 2012, and
7  August 8, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
8  3161(h)(7)(A) and (B)(iv).
9      IT IS SO ORDERED.
10 Dated:   6/22/12

*(signature: Lucy H. Koh)*

The Honorable Lucy H. Koh
United States District Judge