MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYBN 2040855)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5042
    FAX: (408) 535-5066
    Matthew.parrella@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR – 11 – 00309 LHK |
|     Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: CORRECTION OF CLERICAL ERROR PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 36 |
|     v. | |
| FAUZIA LODHI, | |
|     Defendant. | |

## STIPULATION

Defendant FAUZIA LODHI, by and through Assistant Federal Public Defender Varell L. Fuller; and the United States, by and through Assistant United States Attorney Matthew A. Parrella, hereby stipulate as follows:

    1. On May 1, 2013, Ms. Lodhi pleaded guilty to Count Two of the above-captioned Indictment charging her with Mail Fraud in violation of 18 U.S.C. § 1341.

    2. While the Indictment correctly referenced 18 U.S.C. § 1341 in the "Violations" caption to the title page, correctly referred to Count Two as "Mail Fraud" in the heading for that count on page 3 of the

STIPULATION AND [~~PROPOSED~~] ORDER
CR 11-00309 LHK

1. Indictment, and the substantive language of Count Two correctly charged a violation of 18 U.S.C. § 1341, the heading for Count Two on page 3, line 11, and the final sentence of Count Two on page 4, line 6, incorrectly identified the Mail Fraud statute section as 18 U.S.C. § 1343, rather than 18 U.S.C. § 1341.

3. Ms. Lodhi pleaded guilty by way of plea agreement which correctly recounted the elements of Mail Fraud under 18 U.S.C. § 1341. Similarly, at the time of the entry of her guilty plea, Ms. Lodhi was correctly apprised in open court as to the elements and charging section for the violation to which she was pleading guilty.  Both Ms. Lodhi and the government intended and effectuated a guilty plea only to Mail Fraud under 18 U.S.C. § 1341.

4. During the plea colloquy, the Court advised Ms. Lodhi that the Count Two charged her with mail fraud, but cited the wire fraud statute, and asked her if she waived the error.  Ms. Lodhi agreed to waive the error.

5. On April 2, 2014, Ms. Lodhi was sentenced by this Court for her guilty plea to Count Two. The Court's sentence, as well as the PreSentence Report prepared previously by U.S. Probation, was based upon the defendant's conviction for Mail Fraud under 18 U.S.C. § 1341.

6. The government and Ms. Lodhi agree that appropriate notice has been given pursuant to Fed. R. Crim. P. 36 for the Court to correct a "clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission."

///
///
///

6.      Pursuant to Fed. R. Crim. P. 36, the parties respectfully request that the Court correct this error and modify the Indictment as follows:

    a. At page 3, line 11, change the language, "(18 U.S.C. § 1343 - Mail Fraud)," to read: "(18 U.S.C. § 1341 - Mail Fraud)."

    b. At page 4, line 6, change the language, "All in violation of Title 18, United States Code, Section 1343," to read: "All in violation of Title 18, United States Code, Section 1341."

IT IS SO STIPULATED.

Dated: April 15, 2014

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: April 15, 2014

_____/s/_____
MATTHEW A. PARRELLA
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 11-00309 LHK

### [~~PROPOSED~~] **ORDER**

Based upon the reasons set forth in the stipulation of the parties filed on April 10, 2014, and good cause appearing therefrom, the Court finds the following:

1. On May 1, 2013, Ms. Lodhi pleaded guilty to Count Two of the above-captioned Indictment charging her with Mail Fraud in violation of 18 U.S.C. § 1341.

2. While the Indictment correctly referenced 18 U.S.C. § 1341 in the "Violations" caption to the title page, correctly referred to Count Two as "Mail Fraud" in the heading for that count on page 3 of the Indictment, and the substantive language of Count Two correctly charged a violation of 18 U.S.C. § 1341, the heading for Count Two on page 3, line 11, and the final sentence of Count Two on page 4, line 6, incorrectly identified the Mail Fraud statute section as 18 U.S.C. § 1343, rather than 18 U.S.C. § 1341.

3. Ms. Lodhi pleaded guilty by way of plea agreement which specifically recounted the elements of Mail Fraud under 18 U.S.C. § 1341. Similarly, at the time of the entry of her guilty plea, Ms. Lodhi was apprised in open court as to the elements and charging section for the violation to which she was pleading guilty. Both Ms. Lodhi and the government intended and effectuated a guilty plea only to Mail Fraud under 18 U.S.C. § 1341.

4. During the plea colloquy, the Court advised Ms. Lodhi that the Count Two charged her with mail fraud, but cited the wire fraud statute, and asked her if she waived the error. Ms. Lodhi agreed to waive the error.

5. On April 2, 2014, Ms. Lodhi was sentenced by this Court for her guilty plea to Count Two. The Court's sentence, as well as the PreSentence Report prepared previously by U.S. Probation, was based upon the defendant's conviction for Mail Fraud under 18 U.S.C. § 1341.

6. The government and Ms. Lodhi agree that appropriate notice has been given pursuant to Fed. R. Crim. P. 36 for the Court to correct a "clerical error in a judgment, order, or other part of the

STIPULATION AND [~~PROPOSED~~] ORDER
CR 11-00309 LHK

record, or correct an error in the record arising from oversight or omission."

IT IS HEREBY ORDERED that, based upon the reasons set forth in the stipulation of the parties filed on April 10, 2014, and good cause appearing therefrom, and pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the Indictment be modified as follows:

    a.    At page 3, line 11, change the language, "(18 U.S.C. § 1343 - Mail Fraud)," to read: "(18 U.S.C. § 1341 - Mail Fraud)."

    b.    At page 4, line 6 change the language, "All in violation of Title 18, United States Code, Section 1343," to read: "All in violation of Title 18, United States Code, Section 1341."

IT IS SO ORDERED.

DATED: __4/15/14_____

                                          By: *Lucy H. Koh*
                                          HONORABLE LUCY H. KOH
                                          United States District Judge
                                          Northern District of California