1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant LODHI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00309 LHK |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER GRANTING |
| ) | MOTION TO WITHDRAW AS COUNSEL |
| vs. ) | |
| ) | |
| FAUZIA LODHI, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

GOOD CAUSE APPEARING, upon motion of the Federal Public Defender, by and through Assistant Federal Public Defender Varell L. Fuller, IT IS HEREBY ORDERED that the Federal Public Defender's request for leave to withdraw as counsel for defendant Fauzia Lodhi is GRANTED.

IT IS SO ORDERED.

Dated: 4/28/14

_____
The Honorable Lucy H. Koh
United States District Court Judge

[~~Proposed~~] Order
No. CR-11-00309 LHK                              1